**TO: Clerk's Office**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

**APPLICATION FOR LEAVE**
**TO FILE DOCUMENT UNDER SEAL**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES

-v.-

IZUCHUKWU OKOYE

21 MJ 1445
Docket Number

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SUBMITTED BY: Plaintiff_____ Defendant_____ DOJ __✓__

Name: _Laura Zuckerwise_

Firm Name: _USAO-EDNY_

Address: ___271 Cadman Plaza East_

___Brooklyn, NY 11201_

Phone Number: _718-254-6204_

E-Mail Address: _laura.zuckerwise@usdoj.gov_

INDICATE UPON THE PUBLIC DOCKET SHEET: YES _____ NO _✓_

**If yes, state description of document to be entered on docket sheet:**

_____

_____

**A) If pursuant to a prior Court Order:**

Docket Number of Case in Which Entered: _____

Judge/Magistrate Judge: _____

Date Entered: _____

**B) If a new application,** the statute, regulation, or other legal basis that

authorizes filing under seal

_Ongoing criminal investigation_

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE,**
**AND MAY NOT BE UNSEALED UNLESS ORDERED BY**
**THE COURT.**

DATED: _Brooklyn_ , NEW YORK

_December 31, 2021_

**U.S. MAGISTRATE JUDGE** _Marcia M. Henry_

RECEIVED IN CLERK'S OFFICE _December 31, 2021_
DATE

**MANDATORY CERTIFICATION OF SERVICE:**

**A.)** ___ A copy of this application either has been or will be promptly served upon all parties to this action, **B.)** ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation: ___ ; or **C.)** _✓_ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

_December 31, 2021_
DATE

_/s/ Laura Zuckerwise_
SIGNATURE

SK:LZ

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

        - against -

IZUCHUKWU OKOYE,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

C O M P L A I N T

(18 U.S.C. § 1344)

Case No. 21-MJ-  1445

EASTERN DISTRICT OF NEW YORK, SS:

        ABIGAIL TYRRELL, being duly sworn, deposes and states that she is a Special Agent with the United States Secret Service, duly appointed according to law and acting as such.

        On or about May 22, 2019, within the Eastern District of New York, the defendant IZUCHUKWU OKOYE did knowingly and intentionally execute a scheme and artifice to defraud JP Morgan Chase, a financial institution, the deposits of which were insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 1344(1)).

        (Title 18, United States Code, Sections 1344(1), 2 and 3551 et seq., Title 18, United States Code, Sections 2 and 3551 et seq.)

        The source of your deponent's information and the grounds for her belief are as follows:[1]

        1.      I am a Special Agent with the United States Secret Service ("USSS") and

---

    [1]    Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

have been for approximately four years.   During my tenure at USSS and through my training

and experience, I have participated in investigations related to bank fraud.

2.      I am familiar with the facts and circumstances set forth below from my

participation in the investigation; my review of the investigative file; and from reports of other

law enforcement officers involved in the investigation.

3.      Except as explicitly set forth below, I have not distinguished in this

affidavit between facts of which I have personal knowledge and facts I learned from other law

enforcement agents.   In addition, where the actions, statements and conversations of others are

reported herein, they are reported in sum and substance and in part.

4.      On or about May 22, 2019, IZUCHUKWU OKOYE opened a JPMorgan

Chase Business Checking Account in the name of CHRISWILS AUTO INC. at a JPMorgan

Chase branch located at 74-07 Eliot Avenue, in Middle Village, Queens, New York.   OKOYE

identified himself falsely to JPMorgan Chase as Christopher William and presented a false

identification document purporting to be a Republic of Kenya passport with OKOYE's picture,

showing the name "William Christopher."   Law enforcement obtained a photograph of this false

passport:



5.      Based on documents and records obtained through the investigation, OKOYE's true name is "IZUCHUKWU OKOYE."   OKOYE traveled to the United States under the name "IZUCHUKWU OKOYE."   He also secured a non-immigrant Visa using the name "IZUCHUKWU OKOYE" and has registered a vehicle using the name "IZUCHUKWU OKOYE."   Information obtained from the New York State Department of Motor Vehicles includes a photograph that resembles the likeness in the false passport and the name "IZUCHUKWU OKOYE," as follows:



**DMV Photo**

| Subject Information | |
| --- | --- |
| Name: | OKOYE,IZUCHUKWU,V |
| ClientID: | |
| Case Number: | |
| DMV Transaction Number: | |
| DMV Transaction Date/Time: | 2020-04-15 13:59:12:003 |

6.      In the course of opening the CHRISWILS AUTO INC. Business Checking Account, OKOYE filled out a Business Signature Card using the name Christopher William, and he signed the document.   Above the name and signature was an acknowledgement that stated, among other things, "The Depositor certifies that the information provided to the Bank is true to the best of its knowledge . . . "

WHEREFORE, your deponent respectfully requests that the defendant

IZUCHUKWU OKOYE, be dealt with according to law.

*Abigail Tyrrell*
ABIGAIL TYRRELL
Special Agent
United States Secret Service

by telephone
Sworn to before me this
31st day of December, 2021

*Marcia M. Henry*
THE HONORABLE MARCIA M. HENRY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| United States of America<br>v.<br>IZUCHUKWU OKOYE | )<br>)<br>)<br>)<br>)<br>) |

Case No.   21 MJ 1445

_____
*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

      **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*      IZUCHUKWU OKOYE                                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ☑ Complaint
❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

  Bank fraud, in violation of Title 18, United States Code, Section 1344(1)).

Date:   December 31, 2021

_____
*Issuing officer's signature*

Marcia M. Henry

City and state:   Brooklyn, New York

The Honorable Marcia M. Henry, Magistrate Judge, EDNY
*Printed name and title*

| Return |
|---|

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

_____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____    Weight: _____

Sex: _____    Race: _____

Hair: _____    Eyes: _____

Scars, tattoos, other distinguishing marks: _____

_____

History of violence, weapons, drug use: _____

_____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

_____

FBI number: _____

Complete description of auto: _____

_____

Investigative agency and address: _____

_____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

_____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

_____